**FILED**
November 20, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: Joseph Hinojos
DEPUTY

AO91 (Rev. 12/03) Criminal Complaint

# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS, PECOS DIVISION

**UNITED STATES OF AMERICA**
**V.**
Omar MATAMOROS

**CRIMINAL COMPLAINT**

**Case Number: PE: 26-MJ-448**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about 11/18/2026 in Ward County, in the Western District Of Texas defendant(s) did, attempt to enter, entered, and or was found in the United States after having been previously arrested and deported, removed, excluded or denied admission from the United States and permission to reapply for admission was not granted by the Secretary of Homeland Security; and the Defendant failed to establish that he was not required to obtain the consent of the Secretary of Homeland Security or the Attorney General prior to entering the United States pursuant to 6 USC 203(3), and 202(4), and 557.

in violation of Title 8 United States Code, Section(s) 1326(b)(2)

I further state that I am a(n) Deportation Officer and that this complaint is based on the following facts:

Investigation and records from the Citizenship and Immigration Services reveal the Defendant was previously deported, removed or excluded from the United States on 04/04/2013, through Calexico, CA. The Defendant was found in the Western District of Texas without having obtained permission from the Secretary of Homeland Security to re-apply for admission after being deported, removed or excluded. The Defendant is unlawfully present in the United States.

Defendant is a citizen and national of Mexico.

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

Wendell Hayes
Signature of Complainant

Wendell A. Hayes.
Printed Name of Complainant

Complaint sworn to in my presence and signed electronically on this date.
FED.R.CRIM.P. 4.1(b)(2)(A)

11/20/2026
Date

at Alpine, TX
City/State

David Fannin U.S. Magistrate Judge
Name & Title of Judicial Officer

[signature]
Signature of Judicial Officer

# AFFIDAVIT

United States of America v.

**Defendant:**

1) Omar Matamoros

I, Wendell A. Hayes, am a Deportation Officer employed by the U.S. Department of Homeland Security (DHS), U.S. Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO). I am authorized to enforce the immigration laws of the United States.

On November 18, 2026, while performing official duties in Monahans, Texas, ICE officers encountered and arrested Omar Matamoros. Matamoros was then transported to the Ward County jail so that an in person administrative immigration interview could be conducted. Mr. Matamoros whose date of birth is June 8, 1981, was going to being held at the Ward County Jail in Monahans, Texas.

At the beginning of the interview, an ICE officer identified him/herself as an ICE Deportation Officer and advised Mr. Matamoros that an administrative interview to determine his immigration status was going to be conducted.

During the interview, Mr. Matamoros identified himself as Omar MATAMOROS-Guereca, born on June 8, 1981, and stated that he is a citizen and national of Mexico. Mr. Matamoros further admitted that he had previously been removed from the United States and had reentered the United States illegally without being admitted or paroled.

Based upon Mr. Matamoros' admissions during the interview, a review of available immigration records, along with training and experience as an ICE Deportation Officer, it was determined there was probable cause to believe that Mr. Matamoros had unlawfully reentered the United States following a prior removal.

I make this affidavit based upon my personal knowledge, observations, and actions taken during the course of my official duties. The statements contained herein are true and correct to the best of my knowledge and belief.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on Novemeber 19, 2026.

Wendell Hayes

Deportation Officer
Wendell A. Hayes

David Fannin

Honorable Judge David B. Fannin
United States Magistrate Judge